UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

| | |
|---|---|
| DIGIART, LLC, a Florida limited liability company,<br><br>*Plaintiff*,<br><br>v.<br><br>DANNY CASALE, an individual,<br><br>*Defendant*. | Civil Action No.: 6:22-cv-00494 |

**DECLARATION OF DANNY CASALE**

I, Danny Casale, hereby declare as follows:

1. I am the Defendant in this action. I have personal knowledge of the facts contained herein, and if called upon to do so, I could and would testify competently thereto. I submit this declaration in Response to the Court's Order to Show Cause dated March 10, 2022.

2. While I maintained a residence in New York, New York in the past, I currently reside in Los Angeles, California and I consider Los Angeles, California to be my true, fixed, and permanent home.

3. I have never resided in Florida, nor have I ever owned or otherwise maintained real property in Florida.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2022 in Glen Cove, New York.

*/s/ Danny Casale*

**Danny Casale**