**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DIGIART, LLC,**

        **Plaintiff,**

**v.**                                                    **Case No: 6:22-cv-494-WWB-GJK**

**DANNY CASALE,**

        **Defendant.**

**ORDER**[1]

On March 10, 2022, the Court issued an Order to Show Cause to Plaintiff to demonstrate that this Court has diversity jurisdiction. Doc. No. 9. The Court found that Plaintiff had not sufficiently identified and alleged the citizenship of itself and Defendant. *Id.* at 3.

On March 24, 2022, Plaintiff filed a response to the Order to Show Cause and declarations with supporting documents. Doc. Nos. 16, 16-1, 16-2, 16-3. Plaintiff demonstrates that its two members, Collectifi, LLC and REJL Holdings, LLC, are citizens of Florida. Doc. No. 16-2 at 1. Collectifi, LLC's only member is Marcel Katz, who states in his declaration that he has maintained his permanent home in Miami, Florida since 1987 and has no intention or desire to move. Doc. No. 16-3 at 1. REJL Holdings, LLC has two members: OCS Group Holdings, Inc.,

---

[1] Magistrate Judge David A. Baker substituting for Magistrate Judge Gregory J. Kelly.

and J. Levine Holdings, LLC. Doc. No. 16-2 at 1. The owner, director, and president of OSC Group Holdings, Inc. submitted a declaration stating that it is a corporation existing under the laws of Florida with its principal place of business in Florida. Doc. No. 16-2 at 1. The sole owner and member of J. Levine Holdings, LLC, submitted a declaration stating that since 1996 he has maintained his permanent home in Fort Myers, Florida and has no intention or desire to move from there. Doc. No. 16-1 at 2.

On March 24, 2022, Defendant filed a declaration stating that he currently resides in Los Angeles, California and considers Los Angeles to be his "true, fixed, and permanent home." Doc. No. 17 a ¶ 2. Defendant also states that he has never resided in Florida or owned or maintained real property in Florida. *Id.* at ¶ 3. Plaintiff thus demonstrates that Plaintiff is a citizen of Florida and Defendant is a citizen of California. As such, there is complete diversity between the parties.

Accordingly, it is **ORDERED** that the Order to Show Cause (Doc. No. 9) is **DISCHARGED**.

**DONE** and **ORDERED** in Orlando, Florida, on March 25, 2022.

_____
**DAVID A. BAKER**
**UNITED STATES MAGISTRATE JUDGE**

- 3 -

Copies furnished to:

Counsel of Record
Unrepresented Parties