**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DIGIART, LLC,

        Plaintiff,

v.                                         Case No. 6:22-cv-494-WWB-DAB

DANNY CASALE,

        Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Motion to Strike (Doc. 32) and Defendant's Motion for Judgment on the Pleadings (Doc. 33). United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 46), in which he recommends that the Motions be denied.

After an independent de novo review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Strike (Doc. 32) and Defendant's Motion for Judgment on the Pleadings (Doc. 33) are **DENIED**.

**DONE AND ORDERED** in Orlando, Florida on November 18, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record