# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DIGIART, LLC,

        Plaintiff,

v.                                                     Case No.: 6:22-cv-494-WWB-RMN

DANNY CASALE,

        Defendant.
_____/

## **ORDER**

      THIS CAUSE is before the Court upon *sua sponte* review of the record. On March 31, 2023, Defendant filed Evidentiary Objections to Plaintiff DigiART's Response to Motion for Summary Judgment ("**Evidentiary Objections**," Doc. 55). Such filing is not permitted by the Local Rules of the Middle District of Florida. To the extent the Evidentiary Objections is a motion, it fails to comply with Local Rule 3.01(a), which requires "a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." Additionally, if the Evidentiary Objections was part of Defendant's Reply Brief in Support of His Motion for Summary Judgment (Doc. 54), it violates Local Rule 3.01(d), which provides that a reply "must not exceed seven pages inclusive of all parts." Therefore, it is **ORDERED** that Defendant's Evidentiary Objections (Doc. 55) is **STRICKEN**.

      **DONE AND ORDERED** in Orlando, Florida on April 10, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record